UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00244-MOC

| | |
|---|---|
| TIMOTHY MASSEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on the petitioner's Motion to Stay. Having considered the petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the petitioner's Motion to Stay (#5) is GRANTED, and this matter is STAYED pending issuance of a decision in Beckles v. United States, No. 15-8544, and the government shall have 60 days from issuance of such decision to file its Answer or other response.

Signed: September 20, 2016

Max O. Cogburn Jr.
United States District Judge

-1-